IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
JUN 0 7 2018
TYLER P. GILMAN, CLERK
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>ROBERT W. POPE,<br><br>Defendant. | Citation Number: 6429190, M12<br><br>ORDER TO DISMISS |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with prejudice.

DONE AND DATED this 7 day of June, 2018.

_____
HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE

-1-